PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.

Dyshawn Jamel Beasley

Crim. No. 4:13CR00007-11

On September 2, 2016, the above-named was placed on supervised release for a period of three years. Beasley has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Dyshawn Jamel Beasley be discharged from supervised release.

Respectfully submitted,

Drew D. Walker
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this 11th day of October, 2018.

William T. Moore, Jr.
Judge, U.S. District Court

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office

10|11 2018

Deputy Clerk